FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 3 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01872-WYD-CBS

LAMONT A. SPANN HOWARD,

    Plaintiff,

v.

LT. D. TIDWELL (Hearing Officer) at Sterling Corr. Fac.,
DR. JOSEPH WERMER at Colo State Correctional Fac.,
SGT. DANIEL POPPS, (Correctional Officer) at Sterling Cor Fac.,
KATHY LOVELL (RN) Sterling Correctional Facility,
CHRISTINA RICHARD, Colo Spg's Parole Officer,
MARK ALLISON, Parole Officer at Colo Spg's Parole Office,
DEPARTMENT OF CORRECTIONS OF COLO. MEDICAL DEPARTMENT,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: December 27, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01872-WYD-CBS

Lamont A. Spann
Doc# 111029
El Paso County Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

Lt. D. Tidwell, Dr. Joseph Wermer, Sgt. Daniel Popps, Christina Richard, Mark Allison, Kathy Lovell, RN, and Colorado Department of Corrections - **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Lt. D. Tidwell, Dr. Joseph Wermer, Sgt. Daniel Popps, Kathy Lovell, RN, Christina Richard and Mark Allison; and to John Suthers; AMENDED COMPLAINT FILED 11/08/07, SUPPLEMENT/AMENDMENT FILED ON 11/09/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/3/08.

GREGORY C. LANGHAM, CLERK

By: /s/
Deputy Clerk