IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01872-WYD-CBS

LAMONT A. SPANN HOWARD,

    Plaintiff,

v.

LT. D. TIDWELL (Hearing Officer) at Sterling Corr. Fac.,
DR. JOSEPH WERMER at Colo State Correctional Fac.,
SGT. DANIEL POPPS, (Correctional Officer) at Sterling Cor Fac.,
KATHY LOVELL (RN) Sterling Correctional Facility,
CHRISTINA RICHARD, Colo Spg's Parole Officer,
MARK ALLISON, Parole Officer at Colo Spg's Parole Office,
DEPARTMENT OF CORRECTIONS OF COLO. MEDICAL DEPARTMENT,

    Defendants.

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court in connection with Plaintiff's "Civil Protection Order" (filed January 22, 2008) (doc. # 23) (docketed by the Clerk of the Court as a "Motion for Protective Order"); (2) Defendants Tidwell, Wermers, Popp, and Lovell's Motion for Summary Judgment (filed March 10, 2008) (doc. # 32); and (3) Defendants Richard and Allison's Motion to Dismiss (filed March 10, 2008) (doc. # 33). Pursuant to an Order of Reference dated January 24, 2008 (doc. # 24) and memoranda dated January 24, 2008 (doc. # 25) and March 10, 2008 (doc. # 34), these matters were referred to Magistrate Judge Shaffer.

On April 21, 2008, Magistrate Judge Shaffer issued a Recommendation of United States Magistrate Judge, which is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b). Magistrate Judge Shaffer recommends therein that Defendants Tidwell, Wermers, Popp, and Lovell's Motion for Summary Judgment be granted because Plaintiff's claims against those Defendants are barred by the statute of limitations. Recommendation at 3-5. In so finding, Magistrate Judge Shaffer noted that Plaintiff had not filed a response to the motion. *Id.* at 3.

As to Defendants Richard and Allison's Motion to Dismiss, Magistrate Judge Shaffer noted that they were sued in Plaintiff's third claim for "emotional distress." *Id.* at 6. He also noted that Plaintiff failed to file a response to this motion. *Id.* at 3. As to the merits of the motion, Magistrate Judge Shaffer recommended that to the extent Plaintiff is claiming that Defendants Richard and Allison are liable for a § 1983 violation, he failed to sufficiently alleged that he was subjected to a substantial risk of serious harm to his health or safety. *Id.* at 9. Further, he found that Plaintiff's conclusory allegations are insufficient to support a claim of deliberate indifference, and that his claims are not cognizable under the Eighth Amendment. *Id.* As to the defense of qualified immunity, Magistrate Judge Shaffer found that since Plaintiff failed to state a claim upon which relief can be granted, Defendants Richard and Allison are entitled to qualified immunity. *Id.* at 10. Further, he found that the PLRA bars Plaintiff's damages claim and that Plaintiff's request for injunctive relief to modify his parole is moot. *Id.* at 10-11.

As to Plaintiff's "Civil Protection Order" (docketed as a motion for protective order), Magistrate Judge Shaffer found that this seeks some form of a temporary

injunction or restraining order. *Id.* at 12. He found that in light of the issues raised in Defendants's motion, Plaintiff had not demonstrated a substantial likelihood of success on his claims. *Id.* Further, he did not demonstrate irreparable injury or the other prerequisites for injunctive relief or a temporary restraining order. *Id.* at 12-13.

Finally, Magistrate Judge Shaffer found that Defendant Department of Corrections of Colorado Medical Department could not be served based upon the information provided by Plaintiff. He further found that approximately nine (9) months had elapsed since the filing of the civil action. Accordingly, he found that the action should be dismissed without prejudice as to that Defendant pursuant to FED. R. CIV. P. 4(m) and pursuant to D.C. COLO.LCivR 41.1 for failure to prosecute.

Magistrate Judge Shaffer advised the parties that specific written objections were due within ten (10) days after service of a copy of the Recommendation. *Id.* Despite this advisement, no objections were filed to the Magistrate Judge's Recommendation.

No objections having been filed, I am vested with discretion to review the Recommendation "under any standard [I] deem[] appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nonetheless, though not required to do so, I review the Recommendation to "satisfy [my]self that there is no clear error on the face of the record."[1] *See* FED. R. CIV. P. 72(b) Advisory Committee Notes.

---

[1] Note, this standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a <u>de</u> <u>novo</u> review, Fed. R. Civ. P. 72(b).

Having reviewed the Recommendation, I am satisfied that there is no clear error on the face of the record. I agree with Magistrate Judge Shaffer that the Motion for Summary Judgment and Motion to Dismiss should be granted, that Plaintiff's request for injunctive relief in the "Civil Protection Order" should be denied, and that the case should be dismissed without prejudice as to Defendant Department of Corrections of Colorado Medical Department for failure to effect service and/or failure to prosecute. In short, I find the Recommendation is well reasoned and that it should be adopted in full.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge dated April 21, 2008, is **AFFIRMED and ADOPTED**. In accordance therewith, it is

ORDERED that Plaintiff's request for injunctive relief or a restraining order in the "Civil Protection Order" is **DENIED**. It is

FURTHER ORDERED that Defendants Tidwell, Wermers, Popp, and Lovell's Motion for Summary Judgment is **GRANTED**. Judgment shall enter in favor of Defendants Tidwell, Wermers, Popp and Lovell and against Plaintiff. It is

FURTHER ORDERED that Defendants Richard and Allison's Motion to Dismiss (filed March 10, 2008) is **GRANTED**. Defendants Richard and Allison are **DISMISSED** from this action. It is

FURTHER ORDERED that Defendant Department of Corrections of Colorado Medical Department is **DISMISSED** from this action pursuant to Rule 4(m) for failure to effect service and pursuant to D.C. COLO. LR 41.1 for failure to prosecute. Finally, it is

ORDERED that as there are no claims or Defendants remaining, this civil action is **DISMISSED** in its entirety.

Dated: May 27, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge